AO 91 (Rev. 11/11)  Criminal Complaint

**United States District Court**
~~Southern District of Texas~~

# UNITED STATES DISTRICT COURT

**FILED**

for the

**MAR 1 1 2015**

Southern District of Texas

**Clerk of Court**

| | |
|---|---|
| United States of America | ) |
| **TRUE NAME: CORNELIUS ANDERSON BENET** | ) |
| **AKA:**   Cornelius Benet Anderson | )   Case No.   M-15-0364-M |
|            YOB: 1971 **(3/11/15 cr)** | ) |
|            Citizenship: US | ) |
|            A# 202 085 380 | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 9, 2015 _____ in the county of _____ Hidalgo _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1324(a)(1)(A)(ii) | knowing or in reckless disregard of the fact that Marina Del Carmen Gonzalez-Basilio, Yessica Lisseth Reyes-Solis, and twenty-eight (28) other individuals who were aliens and noncitizens of the United States had come to, entered, or remained in the United States in violation of law, transported, moved, or attempted to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law; |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sean T. Greene, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 03/11/2015 _____

_____
*Judge's signature*

City and state: _____ McAllen, Texas _____

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On March 09, 2015, Texas Department of Public Safety troopers conducted a traffic stop of a tractor trailer in Edinburg, Texas.  Troopers identified the driver of the tractor trailer as Cornelius Benet ANDERSON.  Troopers requested and received consent from ANDERSON to search the conveyance.  ANDERSON then proceeded to open the doors to the trailer by producing a key and unlocking the padlock that secured the rear doors to the trailer.  When ANDERSON opened the trailer doors, troopers observed numerous people inside the trailer.  Troopers noted that the refrigerated trailer did not contain legitimate cargo and there was little to no ventilation within the trailer as the air compressor was not operating at that time.  Troopers also located a loaded semiautomatic 9mm handgun and a box of 9mm ammunition in ANDERSON's personal travel bag.  Border Patrol agents (BPAs) were called to assist and later determined that the individuals discovered within the trailer were 30 undocumented aliens (UDAs) of various nationalities.

Agents detained ANDERSON and advised him of his Miranda Rights.  ANDERSON waived his right to counsel and agreed to speak to agents.  In summary, ANDERSON initially made statements to agents that he was unaware of the contents of the trailer.  ANDERSON stated to agents that he was transporting a "load" of an unknown type, for which he was expected to be paid ANDERSON approximately $1,500 (USD) upon completion of the delivery to an undisclosed location in Houston, Texas.  ANDERSON later admitted to agents that he had in fact assisted others with loading the UDAs into the trailer.

Material witness Marina Del Carmen GONZALEZ-Basilio (hereinafter GONZALEZ), a citizen and national of Mexico, informed agents that following her illegal entry into the United States, she and another UDA were picked up from an alien stash house and driven to a location where they were transferred into a waiting tractor trailer. GONZALEZ informed agents that she observed the driver of the tractor trailer open the trailer doors so that she and the other UDA could enter the trailer, and that same driver closed and secured the doors behind them.  Agents showed GONZALEZ a photographic lineup display consisting of six persons with similar appearances.  Agents asked GONZALEZ if she recognized any of the individuals depicted in the photographs as being involved the smuggling event that occurred March 09, 2015.  GONZALEZ identified ANDERSON, as the driver of the vehicle who assisted with loading the UDAs into the tractor trailer that transported her and other UDAs to the place of their apprehension on March 09, 2015.

ATTACHMENT "A" - continued

Material witness Yessica Lisseth REYES-Solis (hereinafter REYES), a citizen and national of El Salvador, informed agents that following her illegal entry into the United States, she and other UDAs were picked up from an alien stash house and driven to a location where they were transferred into a waiting tractor trailer. REYES informed agents that she observed the driver of the tractor trailer open the trailer doors so that she and the other UDAs could enter the trailer, and that same driver closed and secured the doors behind them.   Agents showed REYES a photographic lineup display consisting of six persons with similar appearances.  Agents asked REYES if she recognized any of the individuals depicted in the photographs as being involved the smuggling event that occurred March 09, 2015.  REYES identified ANDERSON, as the driver of the vehicle who assisted with loading the UDAs into the tractor trailer that transported her and other UDAs to the place of their apprehension on March 09, 2015.